DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALVATORE M. DECANIO, JR.,** a/k/a **SALVATORE F. DECANIO,**
Appellant,

v.

**CAROL A. DECANIO,**
Appellee.

No. 4D17-348

[April 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 2006DR014854XXXXSB.

Ronald L. Bornstein of Ronald L. Bornstein, P.A., Greenacres, for appellant.

Mark A. Skipper of Law Office of Mark A. Skipper, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***